# Court of Appeals
# of the State of Georgia

ATLANTA,__March 14, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1318.  GEORGE RAYMOND JOHNSTON III v. THE STATE.**

George Johnston pled guilty to robbery.  The trial court entered a judgment of conviction and sentence on May 12, 2011.  Thirty-five days later, on June 16, 2011, Johnston filed a notice of appeal to this Court.  We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Johnston's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*